# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No.: 8:14-cr-00146-MSS-MAP-1                    Date: April 23, 2026

U.S.A. vs. **Joel Raymond Nauta**

Honorable  Mary S. Scriven

Courtroom: 7A

Court Reporter: David Collier                         Deputy: Cynthia Biron

Attorney for Government:                    Attorney for Defendant:
Michael Kenneth AUSA                        Howard Williams, AFPD

Time: 9:36 – 10:07 AM          Total:   31 MIN

Probation Officer: Taylor Smith

## CRIMINAL MINUTES - FINAL REVOCATION HEARING on SUPERVISED RELEASE

☒        Defendant sworn.

☒        Defendant admits to violations 1, 2, 3, 4, 5, 6, 7, 8, and 9 as alleged in the petition for revocation.

**Applicable guidelines:**

**C is the Highest Grade violation, and**
**III is the original Criminal History Category**
**5 to 11 months imprisonment, and**
**5 years is the Maximum Statutory penalty, and**
**5 years is the Maximum Statutory term of Supervised Release**

☒        The Court adjudicates the Defendant guilty and finds that his plea is knowing and voluntary.

☒        The Court revokes the Defendant's term of supervised release.

☒        The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **TIME SERVED.**

☒        Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

☒        Defendant is remanded to custody of U.S. Marshal.

☒        Defendant advised of right to appeal and to counsel on appeal.

Court adjourned.