Case 8:14-cr-00146-MSS-MAP    Document 116    Filed 04/23/26    Page 1 of 2 PageID 611

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

APR 23 2026 PM1:41
FILED - USDC - FLMD - TPA

**UNITED STATES OF AMERICA**

**v.**

**JOEL RAYMOND NAUTA**

**Case Number: 8:14-cr-00146-MSS-MAP-1**

**USM Number: 60322-018**

**Howard Williams, AFPD**

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Six, Seven, Eight, and Nine of the term of Supervised Release. Accordingly, the Court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit to urinalysis | December 22, 2025 |
| Two | Failure to submit to urinalysis | February 5, 2026 |
| Three | Failure to submit to urinalysis | February 6, 2026 |
| Four | Illegal drug use for methamphetamine | February 10, 2026 |
| Five | Failure to follow the instructions of the probation officer | December 19, 2025 |
| Six | Failure to follow the instructions of the probation officer | February 5, 2026 |
| Seven | Failure to follow the instructions of the probation officer | February 6, 2026 |
| Eight | Failure to participate in drug aftercare treatment | February 25, 2026 |
| Nine | Failure to participate in mental health counseling | February 25, 2026 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Sentence:

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: Cynthia Biron

April 23, 2026

RL-EOS TIME SERVED
4/23/2026

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

April 23, 2026

AO 245D (Rev. 09/19) Judgment in a Criminal Case

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED.**

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
     Deputy U.S. Marshal